UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 2:11-CR-047 |
| | ) |
| JOSHUA R. CONLEY-LOGAN | ) |

## MEMORANDUM AND ORDER

This criminal case is before the court on the defendant's December 1, 2021 "*Pro Se* Motion Successive 3582(c)(2)." [Doc. 650]. Therein, the defendant again argues that he is entitled to a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendments 782 and 788 to the United States Sentencing Guidelines Manual. Amendment 782, which became effective on November 1, 2014, revised the guidelines applicable to drug-trafficking offenses by reducing the offense levels assigned to the drug and chemical quantities described in guidelines 2D1.1 and 2D1.11. *See* U.S. Sentencing Guidelines Manual app. C, amend. 782 (2014). Amendment 788, which also became effective on November 1, 2014, identified Amendment 782 as retroactive. *See id.*, amend. 788.

The defendant previously moved for Amendment 782 relief in April 2015. [Doc. 476]. By memorandum and order entered October 29, 2015, the Court explained in depth why Amendment 782 does not entitle this defendant to a sentence reduction. [Doc. 505]. The facts and law set forth in that ruling remain correct.

For the reasons provided in the Court's October 29, 2015 memorandum and order [doc. 505], the defendant's "*Pro Se* Motion Successive 3582(c)(2)" [doc. 650] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge